UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0696 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On May 11, 2018, plaintiff filed a declaration stating that he has not been receiving his mail. ECF No. 11. In the declaration, plaintiff referenced two unrelated matters he has recently settled in this court.[1] See id. at 2. A copy of the settlement agreement of those matters accompanies the declaration.

The settlement agreement does not appear to relate to this case, nor does plaintiff provide any information regarding its relevance. Moreover, given that settlement agreements often contain personal and/or sensitive information, the court will order the agreement sealed in this action.

////

---

[1] The cases referenced are: Meador v. Director CDCR, No. 2:16-cv-1982 CMK P, 2016 WL 5404346 (E.D. Cal. Sept. 28, 2016) and Meador v. Martin, No. 2:17-cv-0203 KJM EFB P, 2017 WL 4037634 (E.D. Cal. Sept. 13, 2017). See ECF No. 11 at 2.

1

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The settlement agreement attached to plaintiff's May 11, 2018 declaration (<u>see</u> ECF No. 11) be filed under seal, and

2. Access to the sealed document by nonparties to the agreement be prohibited. <u>See</u> Fed. R. Civ. Proc. 5.2(d), (e)(2).

DATED: May 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE