UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GORDON DALE MEADOR,

    Plaintiff,

v.

JERRY BROWN, et al.,

    Defendants.

No. 2:18-cv-0696 AC P

ORDER

Plaintiff is a state prisoner proceeding pro se. On May 23, 2018, the court issued an order referencing documents recently filed by plaintiff. See ECF No. 13. That order is hereby vacated and replaced by this order.

On May 17, 2018, plaintiff filed a reply (ECF No. 14) to a court-ordered response filed by the Office of the Attorney General (ECF No. 10). Both the response and the reply address plaintiff's contention that he has not been receiving his mail.

Plaintiff's reply, however, also references three unrelated actions he has recently settled in this court.[1] See ECF No. 14 at 2. In addition, the reply, as it was originally sent to the court, attached a copy of the settlement agreement in those cases.

---

[1] The cases referenced are: Meador v. Director CDCR, No. 2:16-cv-1982 CMK P, 2016 WL 5404346 (E.D. Cal. Sept. 28, 2016); Meador v. Martin, No. 2:17-cv-0203 KJM EFB P, 2017 WL 4037634 (E.D. Cal. Sept. 13, 2017), and Meador v. Aye, No. 1:14-cv-0006 DAD EPG, 2017 WL 1198602 (E.D. Cal. Nov. 30, 2017). See ECF No. 14 at 2.

1

The agreement does not appear to relate to this action, nor does plaintiff provide any information regarding its relevance. Moreover, when presented to the court, the confidential, personal and/or sensitive nature of such agreements warrants that they be filed under seal.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The May 23, 2018 order issued by the undersigned (ECF No. 13) is VACATED;
2. The Clerk of Court is to file UNDER SEAL the settlement agreement that was initially attached to plaintiff's reply filed May 17, 2018 (ECF No. 14), and
3. Access to the sealed document by nonparties to the agreement shall be prohibited. See Fed. R. Civ. Proc. 5.2(d), (e)(2).

DATED: May 24, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE